IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fernanda A.P., et al. | : | |
| *Petitioner,* | : | |
| v. | : | Civil Action No. 26-cv-5909-JMG |
| Robert F. Kennedy, Jr., et al. | : | |
| *Respondents.* | : | |

**Stipulation To Hold in Abeyance and Extend the Time For Reply**

Petitioner and Respondents, stipulate as follows:

1. On August 14, 2026, Petitioner filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. *See* ECF 1.

2. On August 24, 2026, this Court issued an order setting the response deadline as August 27, 2026. ECF 8. That deadline was extended to September 1, 2026. ECF 13.

3. Respondents filed their Response on September 1, 2026. ECF 14.

4. On September 2, 2026, The Court ordered Petitioner to file a Reply on September 11 to the Response filed by Respondents. ECF 15.

5. On September 10, 2026, the parties became aware that the underlying application was approved and the Petitioners will be released to their next friend.

6. Petitioner and Respondents respectfully request that the Reply brief due date be stayed.

7. The parties agree to update the Court or submit a stipulation to dismiss on or before **September 15, 2026**.

8. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.

So stipulated,

Dated: September 10 2026

DAVID METCALF
United States Attorney

*/s/ Eli Berns-Zieve*
ELI LOUIS BERNS-ZIEVE
Crowell & Moring, LLP
600 Fifth Street, N.W.
Washington, D.C. 20001
Eberns-Zieve@crowell.com

*Attorney for Petitioner*

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Anthony.stjoseph@usdoj.gov

*Counsel for Respondents*

**SO ORDERED:**

/s/ John M. Gallagher

HONORABLE JOHN M. GALLAGHER
United States District Judge

Date: September 11, 2026