IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fernanda A.P. and Nicole A.P., minors, by and through their Next Friend, Y.P.P., | : | |
| *Petitioners,* | : | |
| v. | : | Civil Action No. 26-5909 |
| Robert F. Kennedy, Jr., et al. | : | |
| *Respondents.* | : | |

**Stipulation and Order of Dismissal**

Petitioners and Respondents, by and through their respective counsel, hereby stipulate and respectfully request that the Court approve the dismissal of this action as follows:

1. On August 14, 2026, Petitioner filed the instant Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. *See* ECF 1.

2. On September 12, 2026, Petitioners were released from custody and reunited with their Next Friend and sponsor.

3. In light of Petitioners' release and reunification, and because Petitioners are minors whose claims may not be dismissed without court approval pursuant to Local Civil Rule 41.2(a), the parties respectfully request that the Court approve the voluntary dismissal of this action with prejudice.

4. Each party shall bear its own costs, expenses, and attorneys' fees.

5. Pursuant to Local Civil Rule 5.1.2(9), counsel for the parties consent to the submission of this stipulation with their electronic signatures below. In accordance with this

Court's Policies and Procedures § II.A.4, this stipulation and proposed order have been emailed to chambers.

Dated: September 15, 2026

So stipulated,

*/s/* Anthony St. Joseph
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Anthony.stjoseph@usdoj.gov

*Counsel for Respondents*

*/s/* Eli Berns-Zieve
ELI BERNS-ZIEVE
Crowell & Moring, LLP
600 Fifth Street, N.W.
Washington, D.C. 20001
Eberns-Zieve@crowell.com

*Counsel for Petitioners*

**IT IS SO ORDERED on this** 17th **day of September, 2026; BY THE COURT:**

/s/ John M. Gallagher
HONORABLE JOHN M. GALLAGHER
United States District Judge